AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
AUG 2 7 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No.  1:18-cr-00116-JRS-MJD |
| | ) | |
| DERRICK OWENS | ) | -07 |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DERRICK OWENS                                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☒ 5th Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846; and
Count 5: Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1).

Date: August 15, 2019

CLERK OF COURT, Laura A. Briggs
BY: _____
        Deputy Clerk

City and state:  Indianapolis, IN

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____WAIVED_____  8/20/2019

Arresting officer's signature

Printed name and title